IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00709-REB-MEH

MAHER ELSAYED,

    Plaintiff,

v.

ALBERTO GONZALEZ,
TROY EID,
MICHAEL CHERTOFF,
EMILIO GONZALEZ, and
ROBERT MUELLER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 21, 2007.**

    Defendants' Motion to Vacate Scheduling Conference [Filed June 20, 2007; Docket #8] is **granted**. The Scheduling Conference set for June 26, 2007, is hereby **vacated**, as are all other discovery related deadlines. The Court will reset the scheduling conference, if necessary, after the legal issues currently pending are decided.

    Counsel for Defendants is directed to notify Plaintiff of this Order, to ensure Plaintiff is aware that the conference is vacated, prior to the date of the conference.