**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00709-REB-MEH

MAHER ELSAYED,

    Plaintiffs,

v.

ALBERTO GONZALEZ,
TROY EID,
MICHAEL CHERTOFF,
EMILIO GONZALEZ, and
ROBERT MUELLER,

    Defendants.

**ORDER OVERRULING OBJECTIONS TO AND
ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matters before me are (1) the magistrate judge's **Recommendation on Defendants' Motion for Remand, or in the Alternative, for a Stay of Dismissal and Plaintiff's Motion for Remand** [#19], filed September 10, 2007; and (2) plaintiff's **Motion for Reconsideration of U.S. Court Decision 1:07-cv-00709-reb-meh Elsayed vs. Gonzalez et al.** [#20], filed September 18, 2007.  I overrule plaintiff's objections, adopt the magistrate judge's recommendation, and remand this matter to United States Citizenship and Immigration Services ("USCIS") with directions.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the

recommendation, objections, and applicable caselaw.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See* ***Erickson v. Pardus***, ___ U.S.___, 127 S. Ct. 2197, 2200 (2007); ***Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Belmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned.  I find plaintiff's objections to be irrelevant, meritless, or imponderous. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the magistrate judge's **Recommendation on Defendants' Motion for Remand, or in the Alternative, for a Stay of Dismissal and Plaintiff's Motion for Remand** [#19], filed September 10, 2007, is **APPROVED AND ADOPTED** as an order of this court;

2.  That plaintiff's objections to the magistrate judge's recommendation, contained in plaintiff's **Motion for Reconsideration of U.S. Court Decision 1:07-cv-00709-reb-meh Elsayed vs. Gonzalez et al.** [#20], filed September 18, 2007, are **OVERRULED**;

3.  That defendants' **Motion for Remand, or in the Alternative, for a Stay or Dismissal** [#7], filed June 20, 2007, is **GRANTED** insofar as it seeks remand to the United States Citizenship and Immigration Services and dismissal of plaintiff's claims

against defendants, Troy Eid and Robert Mueller;

    4.  That plaintiff's claims against defendants, Troy Eid and Robert Muelle,r are **DISMISSED** for lack of jurisdiction, and that defendants, Eid and Mueller, are **DROPPED** as named parties to this action;

    5.  That defendants' motion is **DENIED** otherwise;

    6.  That this case is **REMANDED** to the United States Citizenship and Immigration Services as contemplated by 8 U.S.C. § 1447(b);

    7.  That USCIS **SHALL** adjudicate plaintiff's application for naturalization within 60 days of its receipt of the FBI's name check;

    8.  That USCIS **SHALL** submit a status report advising the court when the FBI name check is completed and a second status report indicating when USCIS has completed its adjudication of plaintiff's petition for naturalization;

    9.  That plaintiff's **Motion To Request Remandind [sic] of the Matter to Federal Bureau of Investigation and United Customes [sic] and Immigration Services** [#17], filed August 9, 2007, is **DENIED**; and

    10.  That pursuant to D.C.COLO.LCivR 41.2, the Clerk of the Court is **DIRECTED** to administratively close this case subject to reopening for good cause.

    Dated September 25, 2007, at Denver, Colorado.

                      **BY THE COURT:**

                        **s/ Robert E. Blackburn**
                        **Robert E. Blackburn**
                        **United States District Judge**