IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00709-REB-MEH

MAHER ELSAYED,

    Plaintiffs,

v.

ALBERTO GONZALEZ,
TROY EID,
MICHAEL CHERTOFF,
EMILIO GONZALEZ, and
ROBERT MUELLER,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on **Defendants' Motion To Dismiss** [#25], filed February 8, 2008. The motion is **DENIED** as moot. This case was previously remanded to the USCIS by the court's **Order Overruling Objections To and Adopting Recommendation of The United States Magistrate Judge** [#21], entered September 25, 2007.

    Dated: February 11, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.